■ HERZFELD & RUBIN, P.C., Respondent, v KSHEL REALTY CORP., Appellant. [938 NYS2d 800]

Supreme Court, having determined that plaintiff overbilled for its legal services, properly awarded an appropriate fee based

on the services rendered. Such award is not a matter of quantum meruit but is based on the parties' retainer agreement. Concur—Tom J.P., Friedman, Sweeny, Moskowitz and DeGrasse, JJ.